

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA         PLAINTIFF

v.                                3:17-CR-00109-DJH

ALAA AL JEBORI                    DEFENDANT

### NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Larry Fentress hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

JOHN E. KUHN, JR.
United States Attorney

/s/ Larry Fentress
Larry Fentress
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6772
FAX:  (502) 582-5097
Email: larry.fentress@usdoj.gov