

# Case Assignment
## Standard Criminal Assignment

Case number **3:17CR-109-DJH**

Assigned : Judge David J. Hale
Judge Code : 4415

Designated Magistrate Judge : Magistrate Judge Dave Whalin
Magistrate Judge Code : 44AP

Assigned on 8/16/2017 1:34:34 PM
Transaction ID: 9826

Return