UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**FILED**
VANESSA L. ARMSTRONG, CLERK

MAR 30 2018

U.S. DISTRICT COURT
WESTERN DIST. KENTUCKY

UNITED STATES OF AMERICA                                            PLAINTIFF

VS.                      CRIMINAL ACTION NUMBER: 3:17CR-109-DJH

Alan Al-Jegori                                                      DEFENDANT

## ACKNOWLEDGMENT OF RIGHT TO APPOINTMENT OF COUNSEL

I, the defendant in the above-styled case, having been advised by the United States Magistrate Judge of my right to be represented by counsel, and having been asked by the Magistrate Judge if I desire counsel to be appointed, do hereby, in open Court voluntarily waive appointment of counsel.

Date: 3-30-18

X _____
Defendant

_____
Defense Counsel