AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

FILED
VANESSA L. ARMSTRONG, CLERK
MAR 30 2018
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA )
Plaintiff )
v. ) Case No. 3:17CR-109-DJH
Alaa Al-Jebori )
Defendant )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alaa Al-Jebori

Date: 3-30-18

_____
Attorney's signature

Grover S. Cox
Printed name and bar number

635 W. Main St, Ste 300-B
Address

gsimpsonc aol.com
E-mail address

502-410-0404
Telephone number

502-410-1174
FAX number