USDC KYWD  - Minute Order (Rev. 08/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                     **PLAINTIFF**

**VS.**                                         **CRIMINAL ACTION NUMBER: 3:17-CR-109-DJH**

**ALAA AL JEBORI**                                                              **DEFENDANT**

## ORDER ON DETENTION HEARING

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge and was called in open Court on April 2, 2018 to conduct a detention hearing.

### APPEARANCES

For the United States: Larry E. Fentress, Assistant United States Attorney

For the defendant:    Alaa Al Jebori, present, in custody, with Grover Cox, appointed counsel

Court Reporter:    Digital Recording

The United States having moved to withdraw its motion for detention, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant is **released** on a $25,000 unsecured bond with an order setting conditions of release.

This 3rd day of April, 2018

                                             **ENTERED BY ORDER OF THE COURT:**
                                             **COLIN H. LINDSAY**
                                             **UNITED STATES MAGISTRATE JUDGE**
                                             **VANESSA L. ARMSTRONG, CLERK**
                                             **BY:** /s/ *Theresa L. Burch* **- Deputy Clerk**

cc:  Counsel, USP

0|10