UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                            CRIMINAL ACTION NO. 3:17CR-109-DJH

ALAA AL JEBORI                                              DEFENDANT

UNOPPOSED MOTION TO CONTINUE TRIAL
*(Filed Electronically)*

      Comes now the United States America, by counsel, and moves to continue the trial of this action, currently scheduled for June 4, 2018. As grounds for this motion, counsel states that additional time is necessary to prepare for trial and complete plea negotiations. The defendant is not in custody. Undersigned counsel has conferred with counsel for the defendant and is authorized to inform the Court that the defendant does not oppose this motion and also requests that it be granted, and agrees that the time necessary for this continuance shall be excluded from speedy trial computation.

      Wherefore, the United States requests that the trial be continued pending further Order.

                                             Respectfully submitted,

                                             RUSSELL M. COLEMAN
                                             UNITED STATES ATTORNEY

                                             /s/ Larry Fentress
                                             Assistant United States Attorney
                                             717 West Broadway
                                             Louisville, Kentucky 40202
                                             (502) 582-6772

CERTIFICATE OF SERVICE

    I certify that the foregoing motion was filed electronically on May 2, 2018, in the CM/ECF system, to be served on **Grover Cox**, counsel for defendant.

                                              /s/ Larry Fentress
                                              Assistant United States Attorney