UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                                                      CRIMINAL ACTION NO. 3:17CR-109-DJH

ALAA AL JEBORI                                                                          DEFENDANT

ORDER
*(Filed Electronically)*

    This matter is before the Court on the unopposed motion of the United States to continue trial, currently scheduled for February 26, 2018. Having considered the motion and being sufficiently advised,

    IT IS HEREBY ORDERED that the trial is continued to _____ . The period of delay is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(1), in that the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial, because failure to grant the motion would likely result in a miscarriage of justice.