UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                              Plaintiff,

v.                                                      Criminal Action No. 3:17-cr-109-DJH

ALAA AL JEBORI,                                                        Defendant.

* * * * *

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on May 1, 2018, with the following counsel participating:

      For the United States:     Larry Fentress

      For Defendant:          Grover Cox

The Court and counsel discussed the procedural posture of the case. Counsel for the United States reported that discovery is ongoing and that the government would file a motion to continue the trial. Defense counsel had no objection to the requested continuance. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

      **ORDERED** as follows:

(1)    The unopposed motion to continue (Docket No. 14) is **GRANTED**. The trial of this matter, currently set for June 4, 2018, is **REMANDED** from the Court's docket, to be reset by subsequent order.

(2)    A further status conference will be set by subsequent order.

May 3, 2018

Court Time: 00/10
Court Reporter: Dena Legg

cc:   Jury Administrator

**David J. Hale, Judge**
**United States District Court**

1