UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,            Plaintiff,

v.            Criminal Action No. 3:17-cr-109-DJH

ALAA AL JEBORI,            Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A status conference was held in this matter on May 29, 2018, with the following counsel participating:

    For the United States:      Larry Fentress

    For Defendant:      Grover Cox

Defendant was not present. Defense counsel reported, and the United States Probation Office confirmed, that Defendant had been arrested in Russell County, Kentucky, since the conference was set. Counsel for the United States reported that discovery is nearly complete. The Court and counsel concluded that it was in the parties' best interests to briefly delay setting a trial date and that a further status conference should be set in approximately one week for that purpose. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this matter is set for a status conference on **June 8, 2018, at 10:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

May 29, 2018

Court Time: 00/05
Court Reporter: Dena Legg

**David J. Hale, Judge**
**United States District Court**

1