UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,                                            Plaintiff,

v.                                                Criminal Action No. 3:17-cr-109-DJH

ALAA AL JEBORI,                                                      Defendant.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE

A status conference was held in this matter on June 8, 2018, with the following counsel participating:

    For the United States:    Larry Fentress

    For Defendant:    Grover Cox

Defendant was not present. There was no update since the last conference regarding his status. It is counsel's understanding that Defendant remains in state custody in Russell County, Kentucky.

June 8, 2018

**David J. Hale, Judge**
**United States District Court**

Court Time: 00/05
Court Reporter: Dena Legg

1