UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                                    CRIMINAL NO. 3:17-CR-109-DJH

ALAA AL JEBORI                                                              DEFENDANT

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM
*Electronically Filed*

Petitioner, United States of America, by counsel, respectfully shows to this Honorable Court that Alaa Al Jebori is now confined in the Russell County Jail, Jamestown, Kentucky, under authority of the Jailer, and in accordance with the laws thereof, having been convicted of an offense against the laws of the State of Kentucky by virtue of which sentence the Jailer of said Russell County Jail, now holds the said Alaa Al Jebori.

Your petitioner avers that a criminal proceeding is now pending in the United States District Court for the Western District of Kentucky, at Louisville, Kentucky, charging him with a violations of Title 21, United States Code, Sections 841(a)(1) and 853, which action will be called for arraignment before this Honorable Court on September 27, 2018 at 9:30 a.m., at Louisville, Kentucky.

WHEREFORE, your petitioner prays that this Honorable Court forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the United States Marshal for the Western District of Kentucky, and the Russell County Jail, Jamestown, Kentucky, requiring them to produce the body of the said Alaa Al Jebori on or before the 27th day of September,

2018, at 9:30 a.m., at Louisville, Kentucky, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, against said prosecution.

        Respectfully submitted,

        RUSSELL M. COLEMAN
        United States Attorney

        s/ Larry Fentress
        Assistant United States Attorney
        717 West Broadway
        Louisville, Kentucky  40202
        PH:  (502) 582-5911
        Fax: (502) 582-5067

DATE: August 2, 2018