UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                     PLAINTIFF

v.                                                                                      CRIMINAL NO. 3:17-CR-109-DJH

ALAA AL JEBORI                                                                                                DEFENDANT

WRIT OF HABEAS CORPUS
AD PROSEQUENDUM
*Electronically Filed*

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF KENTUCKY,

AND THE WARDEN OF THE RUSSELL COUNTY JAIL, JAMESTOWN, KENTUCKY,

GREETINGS:

We command that you have the body of Alaa Al Jebori, now detained in the Russell County Jail, Jamestown, Kentucky, under your custody as it is said, under safe and secure conduct on or before the 27th day of September, 2018, at Louisville, Kentucky, by 9:30 a.m., for appearance before the Judge of our District Court within and for the District aforesaid, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, charges against him now pending in this Court, and after conclusion of said cause, that you return him to the said Russell County Jail, Jamestown, Kentucky under safe and secure conduct, and have you then and there this writ.