UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:17-CR-00109-DJH

UNITED STATES OF AMERICA                      PLAINTIFF

VS.                  **MOTION TO WITHDRAW**

ALAA AL JEBORI                             DEFENDANT

\* \* \* \* \* \* \* \* \* \*

       Comes now the undersigned, Grover S. Cox, and requests that he be allowed to withdraw as counsel for Alaa Al Jebori herein.

       Mr. Al Jebori is currently incarcerated and appears to have no funds or source of income now or in the foreseeable future.

       Respectfully the undersigned request that he be allowed to withdraw as counsel for Mr. Al Jebori and that a public defender be appointed to represent him on this and all other charges pending in the Western District of Kentucky against Alaa Al Jebori.

Respectfully submitted,

s/ Grover S. Cox_____
Grover S. Cox
635 W. Main Street, Suite 300B
Louisville, KY  40202
502-410-0404

2

## **CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the foregoing was served, by electronic mail, and U.S. mail on this 10th day of August 2018, to the following:

Larry E. Fentress
Larry.Fentress@usdoj.gov

Alaa Al Jebori
A/k/a Alan Hanson
Russell County Detention Center
228 Brian Walters Dr
Russell Springs, KY 42642

s/ Grover S. Cox_____<br>Grover S. Cox