UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:17-CR-00109-DJH

UNITED STATES OF AMERICA     PLAINTIFF

VS.     **ORDER**

ALAA AL JEBORI     DEFENDANT

\* \* \* \* \* \* \* \* \* \*

Upon Motion of the Defendant's counsel and the court being otherwise duly advised;

IT IS HEREBY ORDERED that Grover S. Cox is allowed to withdraw as counsel for the Defendant, Alaa Al Jebori and that a public defender shall be appointed for Mr. Alaa Al Jebori on the charges herein and all other charges pending against him in the United States District Court, Western District of Kentucky.

Entered this the ____ day of _____,2018.

_____
Magistrate Judge Regina S. Edwards

Tendered by:

s/Grover S. Cox\_\_\_\_
Grover S. Cox
635 W. Main Street, Suite 300B
Louisville, KY 40202