USDC KYWD - Minute Order (Rev. 11/11)

# United States District Court
## Western District of Kentucky
## at Louisville

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**VS.**                             **CRIMINAL ACTION NUMBER: 3:17CR-109-DJH**

**ALAA AL JEBORI**                                              **DEFENDANT**

## ORDER ON BOND REVOCATION PETITION

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge, and was called in open Court on August 15, 2018, to conduct an initial appearance on a bond violation petition.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Larry E. Fentress, Assistant United States Attorney |
| For the defendant: | Defendant, Alaa Al Jebori - Present and in custody |
| Court Reporter: | Digitally Recorded Proceedings |

On August 10, 2018, Defense counsel, Grover S. Cox, filed a motion to withdraw (DN 23) . The Court discussed the motion with the defendant and for the reasons stated on the record;

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and Grover S. Cox is **WITHDRAWN** as counsel of record for the Defendant. Richard E. Cooper from the Criminal Justice Act attorney panel is appointed to represent Defendant Alaa Al Jebori.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the petition, was advised of the nature of the allegations contained therein and was advised of his rights.

The United States having moved for the revocation of the defendant's bond;

**IT IS HEREBY ORDERED** that this case is continued for a bond revocation hearing on **Monday, August 20, 2018 at 2:00 p.m.** before the Honorable Colin H. Lindsay, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the defendant shall be remanded to the custody of the United States Marshal pending further order of the Court.

This 16th day of August, 2018

**ENTERED BY ORDER OF THE COURT:**
**COLIN H. LINDSAY**
**UNITED STATES MAGISTRATE JUDGE**
**VANESSA L. ARMSTRONG, CLERK**
**BY:** *Kim Davis*
**Kim Davis - Deputy Clerk**

Copies: U.S. Attorney
       U.S. Probation
       Counsel for Defendant

0|05