USDC KYWD - Minute Order (Rev. 11/11)

# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                              **CRIMINAL ACTION NUMBER: 3:17CR-109-DJH**

**ALAA AL JEBORI**                                                                           **DEFENDANT**

## ORDER

The above-styled case came before the Honorable Colin H. Lindsay, United States Magistrate Judge and was called in open Court on August 20, 2018, to conduct a bond revocation hearing.

<u>APPEARANCES</u>

| | |
|---|---|
| For the United States: | Larry E. Fentress, Assistant United States Attorney |
| For the defendant: | Defendant Alaa Al Jebori - Present and in custody<br>Richard Earl Cooper, appointed counsel |
| Court Reporter: | Digitally Recorded |

The Court heard arguments of counsel, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the United States' motion for revocation of the defendant's bond is **GRANTED** and the bond set on April 2, 2018, is **REVOKED**.  The Defendant is remanded to the custody of the United States Marshal pending further order of the Court.

**IT IS FURTHER ORDERED** that this case is scheduled for a further proceedings hearing on **Thursday, September 6, 2018 at 11:00 a.m.** before the Honorable David J. Hale, United States District Judge.

Copies: U.S. Attorney
 U.S. Probation
 Counsel for Defendant

0|05