UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:17-cr-109-DJH |
| ALAA AL JEBORI, | Defendant. |

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on November 9, 2018, with the following counsel participating:

    For the United States:    Larry Fentress

    For Defendant:    Richard Cooper

The Court and counsel discussed the procedural posture of the case. The parties jointly moved for a brief continuance of the trial. Based on the discussion during the conference, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1) The parties' joint motion to continue the trial is **GRANTED**. The trial of this matter, currently set for December 10, 2018, is **REMANDED** from the Court's docket, to be reset by subsequent order.

(2) This matter is set for a status conference on **December 10, 2018, at 10:00 a.m.** at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

November 9, 2018

Court Time: 00/10
Court Reporter: Dena Legg

cc:    Jury Administrator

**David J. Hale, Judge**
**United States District Court**