UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                                    CRIMINAL ACTION NO. 3:17CR-00109-DJH

ALAA AL JEBORI                                                     DEFENDANT

### DEFENDANT AL JEBORI'S SENTENCING MEMORANDUM

Defendant Alaa Al Jebori, by counsel, files Defendant's Memorandum in Support of his Sentencing currently scheduled for March 7, 2019 at 10:00 a.m.

### I.
### FACTUAL BACKGROUND

The factual background of this case is stated in paragraph 3 of the Plea Agreement entered into with the United States on December 10, 2018.

### II.
### CRIMES OF CONVICTION

Defendant was charged in a three count indictment with distribution of methamphetamine in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). Each count alleges a different date of occurrence from November 16, 2015, December 8, 2015 and February 4, 2016.

Defendant entered a written Plea Agreement with the United States on December 10, 2018 pleading guilty to all three counts.

### III.
### SENTENCING GUIDELINES

Defendant agrees with the computation of the offense level set forth in the Pre-Sentencing Investigation Report at pages 8 through 13.

## IV.
## CRIMINAL HISTORY

Defendant agrees with the criminal history outlined in the Pre-Sentencing Investigation Report at pages 9 through 14.

## V.
## STATUTORY FACTOR

Defendant was aware at the time of entering the Plea Agreement with the United States on December 10, 2018 the combined minimum term of imprisonment of twenty years for the charges and a combined maximum term of imprisonment for life, a combined maximum fine of $21,000,000.00, a term of supervised release of at least five years, and a $300 special assessment.

Defendant entered the Plea Agreement with the United States on December 10, 2018 knowing it was likely the guideline calculations would have his term of imprisonment to be more than the statutory minimum term of imprisonment for the crimes.

His understanding with the United States would be a recommended sentence of imprisonment at the lowest end of the applicable guideline range, but not less than any mandatory minimum term of imprisonment required by law.  (See Plea Agreement at paragraph 11, page 4.)

## VI.
## CONCLUSION

Defendant requests the Court to accept the recommendation of the United States in sentencing him to a term of imprisonment.

Further, Defendant requests a five year supervised release and impose no fine due to his lack of financial resources.

/s/ Richard Cooper
**RICHARD COOPER, P.S.C.**
The Seventeenth Floor
239 South Fifth Street
Louisville, Kentucky  40202
(502) 587-6554
(502) 585-3084
(502) 585-3548 fax
Attorney for Defendant,
Alaa Al Jebori
richardcooperesq@gmail.com

### CERTIFICATE

I hereby certify that on February 25, 2019 I electronically filed the foregoing Defendant Al Jebori's Sentencing Memorandum with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

/s/ Richard Cooper
**RICHARD COOPER**